UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Mag. No. 08-6005 (MAS) |
| JOHN TAGLIABOSCHI | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lisa M. Colone, Assistant U.S. Attorney, appearing), and defendant John Tagliaboschi (by Dean Maglione, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days to permit the parties to engage in plea negotiations; and the defendant being aware that he has the right to have this matter presented to a Grand Jury within thirty days of his arrest; and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have engaged in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary.

(2) Defendant has consented to the continuance.

(3) The grant of a continuance will likely conserve

judicial resources.

(4) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of March, 2008,

ORDERED that the proceedings in the above-captioned matter are continued for a period of sixty days, from March 19, 2008 through April 18, 2008, and

IT IS FURTHER ORDERED that the period from March 19, 2008 through April 18, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MICHAEL A. SHIPP
United States Magistrate Judge

Form and entry
consented to:

_____
Lisa M. Colone
Assistant U.S. Attorney

_____
Dean Maglione, Esq.
Counsel for defendant John Tagliaboschi