UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dickinson R. Debevoise

v. : Criminal No. 08-873 (DRD)

JOHN TAGLIABOSCHI : <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lisa M. Colone, Assistant U.S. Attorney, appearing) and defendant John Tagliaboschi (John E. Tiffany, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 2nd day of February, ~~January~~ 2009,

IT IS ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from and including January 29, 2009, through and including March 30, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

PRETRIAL MOTIONS BY: **February 12, 2009**

OPPOSITION TO MOTIONS BY: **March 5, 2009**

MOTIONS HEARING DATE: MARCH 16, 2009

TRIAL SET FOR: MARCH 24, 2009

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge

_____
John E. Tiffany, Esq.
Counsel for John Tagliaboschi